UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND HURTADO<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF ONTARIO and DOES 1-10, INCLUSIVE<br><br>                    Defendants. | CASE NO. **5:25-cv-00285-DTB**<br><br>(~~PROPOSED~~) **ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**NOTE CHANGES MADE BY THE COURT** |

The Court, having considered the Joint Stipulation to Allow for Leave to File Amended First Complaint and finding good cause, hereby GRANTS the Stipulation and orders as follows:

1. Plaintiff is granted leave to file the [Proposed] First Amended Complaint for Damages attached hereto as Exhibit "A;"

2. The Clerk is directed to file the Proposed First Amended Complaint attached to the Joint Stipulation as Exhibit "A;"

///

///

1

3. Defendants will have 30 days to Respond or Answer from the date of service upon Individually named Defendants.

**IT IS SO ORDERED.**

Dated: November 20, 2025

_____
HONORABLE JUDGE
DAVID T BRISTOW
United States Magistrate Judge